Robert W. Shely, (No. 014261)
Gregory B. Iannelli (No. 026549)
Daniel P. Crane, (No. 030623)
BRYAN CAVE LLP, #00145700
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Fax: (602) 364-7070
rwshely@bryancave.com
gregory.iannelli@bryancave.com
dan.crane@bryancave.com

Attorneys for Bank of America, N.A.

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brent Savin,<br><br>    Plaintiff,<br><br>vs.<br><br>Bank of America, N.A., Equifax Information Services LLC; Experian Information Solutions, Inc., and Trans Union, LLC,<br><br>    Defendants. | No. _____<br><br>**NOTICE OF REMOVAL** |

       Defendant Bank of America, N.A. ("Defendant") removes to this Court an action pending in the McDowell Mountain Justice Court in Maricopa County, State of Arizona (No. CC2016055851) pursuant to 28 U.S.C. § 1331 for the reasons set out below.

       1.    On March 28, 2016, Plaintiff Brent Savin ("Plaintiff") filed an action in the McDowell Mountain Justice Court in Maricopa County, State of Arizona, entitled *Savin v. Bank of America, N.A.*, *et al* Case No. CC2016055851.

       2.    Plaintiffs served Defendant on March 30, 2016.

       3.    Removal of this action is proper under 28 U.S.C. § 1331 because Plaintiffs have alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et*

1  *seq.*, federal laws.

2      4.    Venue is proper in this Court under 28 U.S.C. § 1441(a) as the McDowell
3  Mountain Justice Court is located in Maricopa County, Arizona.

4      5.    A true and correct copy of the documents filed in the McDowell Mountain
5  Justice Court of the State of Arizona, Maricopa County, are attached hereto as Exhibit
6  A.

7      6.    This Notice of Removal is timely filed under 28 U.S.C. § 1446(b).

8      7.    Defendant is one of four non-fictitious defendants.

9      8.    All four defendants consent to removal.

10     9.    Defendant has served a copy of this Notice of Removal on Plaintiffs in
11 accordance with 28 U.S.C. § 1446(d).

12     10.    A copy of the Notice of Removal to Federal Court has been filed with the
13 Superior Court Clerk of Maricopa County in accordance with 28 U.S.C. § 1446(d), and
14 is attached hereto as Exhibit B.

15     11.    No previous application has been made for the relief requested herein.

16 This Notice is signed pursuant to Federal Rule of Civil Procedure 11 in
17 accordance with 28 U.S.C. § 1446(a).

18 DATED this 29th day of April, 2016.

BRYAN CAVE LLP

By: s/ *Daniel P. Crane*
    Robert W. Shely
    Gregory B. Iannelli
    Daniel P. Crane
    Two North Central Avenue, Suite 2200
    Phoenix, Arizona 85004-4406

    Attorneys for Bank of America, N.A.

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

2

800213\0397817

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2016, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and mailed a copy to:

Kevin Fallon McCarthy
Joon Kee
McCarthy Law PLC
4250 North Drinkwater Blvd., Suite 320
Scottsdale, AZ  85251


s/*Cristina Daniels*

800213\0397817