# <u>EXHIBIT A</u>

ORIGINAL

MCDOWELL MOUNTAIN
JUSTICE COURT
FILED

16 MAR 28  AM 9: 56

**MCCARTHY** **LAW PLC**
Candid Conversation. Wise Counsel.

Kevin Fallon McCarthy, 011017
Joon Kee, 028152
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
602-456-8900
joon.kee@mccarthylawyer.com
Attorneys for Plaintiff(s)

## McDOWELL MOUNTAIN JUSTICE COURT
## MARICOPA COUNTY, STATE OF ARIZONA
18380 NORTH 40TH STREET, PHOENIX, ARIZONA 85032

| | |
|---|---|
| BRENT SAVIN,<br><br>       Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., EQUIFAX<br>INFORMATION SERVICES LLC, EXPERIAN<br>INFORMATION SOLUTIONS, INC., AND<br>TRANS UNION, LLC,<br><br>       Defendants. | Case No.: CC 2 0 1 6 0 5 5 8 5 1 RC<br><br>**SUMMONS** |

**STATE OF ARIZONA TO:**

**BANK OF AMERICA, N.A.**
S/A: CT CORPORATION SYSTEM,
3800 NORTH CENTRAL AVENUE,
SUITE 460,
PHOENIX, ARIZONA 85012

**EQUIFAX INFORMATION SERVICES LLC,**
S/A: CORPORATION SERVICE COMPANY
2338 WEST ROYAL PALM ROAD
STE J
PHOENIX, ARIZONA 85021

**EXPERIAN INFORMATION SOLUTIONS, INC.**
S/A: CT CORPORATION SYSTEM
3800 NORTH CENTRAL AVENUE
SUITE 460
PHOENIX, ARZIONA 85012

**TRANS UNION LLC**
S/A: PRENTICE-HALL CORP SYSTEM
2338 WEST ROYAL PALM ROAD
STE J
PHOENIX, ARIZONA 85021

**THE STATE OF ARIZONA TO THE ABOVE-NAMED DEFENDANT(S):**

1.      YOU ARE SUMMONED to respond to this complaint by filing a written ANSWER with this Court and by paying the required fee. If you cannot afford to pay the required fee, you may request that the Court either waive or defer the fee.

2.      If you were served with this summons in the State of Arizona, the Court must receive your answer within twenty (20) calendar days from the date you were served. If you were served outside the State of Arizona, the Court must receive your answer within thirty (30) calendar days from the date you were served. If the last day is a Saturday, Sunday, or legal holiday, you will have until the next working day to file your answer. When calculating time, do not count the day you were served with the summons.

3.      Your answer must be in writing.

        (a) You may obtain an answer form from this Court.

        (b) You may also obtain an answer form from the Form section of the Maricopa County Justice Courts website at http://justicecourts.maricopa.gov.

4.      Provide a copy of your answer to the Plaintiff(s) or to the Plaintiff's attorney in accordance with JCRCP Rule 120.

5.      **IF YOU FAIL TO FILE A WRITTEN ANSWER WITH THIS COURT WITHIN THE TIME INDICATED ABOVE, A DEFAULT JUDGMENT MAY BE ENTERED AGAINST YOU.**

The name and address of Plaintiff's attorney is:

                Kevin Fallon McCarthy, Esq.
                Joon Kee, Esq.
                McCARTHY LAW PLC
                4250 North Drinkwater Boulevard, #320
                Scottsdale, Arizona 85251

McCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602.456.8900
WWW.MCCARTHYLAWYER.COM

Savin v. Bank of America N.A. et al.                    2                          Summons

1    SIGNED AND SEALED this date: _____ MAR.2 8 2016 _____.

2

3                                            By: *Michael R Reagn*

4                                                 Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

McCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-6900
WWW.McCARTHYLAWYER.COM

Savin v. Bank of America N.A. et al.              3                    Summons

**NOTICE TO THE DEFENDANT: A LAWSUIT HAS BEEN FILED AGAINST YOU IN JUSTICE COURTS**

You have rights and responsibilities in this lawsuit. Read this notice carefully.

1. In a justice court lawsuit, individuals have a right to represent themselves, or they may hire an attorney to represent them. A family member or a friend may not represent someone in justice court unless the family member or friend is an attorney. A corporation has a right to be represented by an officer of the corporation, and a limited liability company ("LLC") may be represented by a managing member. A corporation or an LLC may also be represented by an attorney. If you represent yourself, you have the responsibility to properly complete your court papers and to file them when they are due. The clerks and staff at the court are not allowed to give you legal advice. If you would like legal advice, you may ask the court for the name and phone number of a local lawyer referral service, the local bar association, or a legal aid organization.

2. You have a responsibility to follow the Justice Court Rules of Civil Procedure ("JCRCP") that apply in your lawsuit. The rules are available in many public libraries, at the courthouse, and online at the Court Rules page of the Arizona Judicial Branch website, at http://www.azcourts.gov/, under the "AZ Supreme Court" tab.

3. A "plaintiff" is someone who files a lawsuit against a "defendant." You must file an answer or other response to the plaintiff's complaint in writing and within twenty (20) days from the date you were served with the summons and complaint (or thirty (30) days if you were served out-of-state.) If you do not file an answer within this time, the plaintiff may ask the court to enter a "default" and a "default judgment" against you. Your answer must state your defenses to the lawsuit. Answer forms are available at the courthouse, on the Maricopa County Justice Court website at http://justicecourts.maricopa.gov/, and on the Self-Service Center of the Arizona Judicial Branch website at http://www.azcourts.gov/ under the "Public Services" tab. You may also prepare your answer on a plain sheet of paper, but your answer must include the court location, the case number and the names of the parties. You must provide to the plaintiff a copy of any document that you file with the court, including your answer.

4. You may bring a claim against the plaintiff if you have one. When you file your answer or written response with the court, you may also file your "counterclaim" against the plaintiff.

5. You must pay a filing fee to the court when you file your answer. If you cannot afford to pay a filing fee, you may apply to the court for a fee waiver or deferral, but you must still file your answer on time.

6. You may contact the plaintiff or the plaintiff's attorney and try to reach an agreement to settle the lawsuit. However, until an agreement is reached you must still file your answer and participate in the lawsuit. During the lawsuit, the court may require the parties to discuss settlement.

7. Within forty (40) days after your answer has been filed, you and the plaintiff are required to provide a disclosure statement to each other. The disclosure statement provides information about witnesses and exhibits that will be used in the lawsuit. A party may also learn more about the other side's case through discovery. Read the Justice Court Rules of Civil Procedure for more information about disclosure statements and discovery.

8. The court will notify you of all hearing dates and trial dates. You must appear at the time and place specified in each notice. If you fail to appear at a trial or a hearing, the court may enter a judgment against you. To assure that you receive these notices, you must keep the court informed, in writing, of your current address and telephone number until the lawsuit is over.

McCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

Savin v. Bank of America N.A. et al.                4                                        Summons

ORIGINAL

McDOWELL MOUNTAIN
JUSTICE COURT
FILED

16 MAR 28 AM 9: 57

MCCARTHY LAW PLC
CANDID CONVERSATION. WISE COUNSEL.
Kevin Fallon McCarthy, 011017
Joon N. Kee, 028152
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
602-456-8900
joon.kee@mccarthylawyer.com
Attorneys for Plaintiff(s)

**McDOWELL MOUNTAIN JUSTICE COURT**
**MARICOPA COUNTY, STATE OF ARIZONA**
18380 NORTH 40TH STREET, PHOENIX, ARIZONA 85032

BRENT SAVIN,

        Plaintiff,

v.

BANK OF AMERICA, N.A., EQUIFAX
INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., AND TRANS UNION, LLC,

        Defendants.

Case No.: CC 2016055851 RC

**COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING ACT (15 U.S.C. § 1681 et seq.)**

COMES NOW Plaintiff, BRENT SAVIN ("Plaintiff"), by and through counsel undersigned, and for its cause of action against the Defendants above-named alleges as follows:

1.      That, on information and belief, Defendant, BANK OF AMERICA N.A., ("BOA") is, and at all times relevant hereto was, registered with the Arizona Corporation Commission as a Foreign Corporation authorized to do business in Arizona under the name BANK OF AMERICA, NATIONAL ASSOCIATION and has designated the following registered statutory agent: CT CORPORATION SYSTEM, 3800 NORTH CENTRAL AVE. SUITE 460, PHOENIX, ARIZONA 85012.

2.      That, on information and belief, Defendant BOA, is, and at all times relevant hereto was, regularly doing business in the State of Arizona.

3.      That, on information and belief, Defendant, EQUIFAX INFORMATION SERVICES LLC, ("EQUIFAX"), is a credit reporting agency, as defined by 15 U.S.C. §

Savin v. Bank of America N.A. et al.          1          COMPLAINT

1  1681a(f), licensed to do business in Arizona and has designated the following registered statutory

2  agent: CORPORATION SERVICE COMPANY, 2338 WEST ROYAL PALM ROAD, STE. J,

3  PHOENIX, ARIZONA 85021.

4       4.     That, on information and belief, Defendant, EQUIFAX, is, and at all times

5  relevant hereto was, regularly doing business in the State of Arizona.

6       5. .    That, on information and belief, Defendant, EXPERIAN INFORMATION

7  SOLUTIONS, INC. (Herein after "EXPERIAN") is a credit reporting agency, as defined by 15

8  U.S.C. § 1681a(f), licensed to do business in Arizona and has designated the following registered

9  statutory agent: CT CORPORATION SYSTEM, 3800 NORTH CENTRAL AVENUE, SUITE

10  460, PHOENIX, ARIZONA 85012.

11       6.     That, on information and belief, Defendant, EXPERIAN, is, and at all times

12  relevant hereto was, regularly doing business in the State of Arizona.

13       7.     That, on information and belief, Defendant, TRANS UNION LLC. ("TRANS

14  UNION"), is a credit reporting agency, as defined by FCRA § 1681a(f), licensed to do business

15  in Arizona and has designated the following registered statutory agent: PRENTICE-HALL

16  CORP SYSTEM, 2338 WEST ROYAL PALM ROAD, STE-J, PHOENIX, AZ 85021.

17       8.     That, on information and belief, Defendant, TRANS UNION, is, and at all times

18  relevant hereto was, regularly doing business in the State of Arizona.

19       9.     That the Court has jurisdiction over this action pursuant to 15 U.S.C. § 1681p, the

20  Fair Credit Reporting Act ("FCRA") and that personal jurisdiction exists over Defendants as it

21  had the necessary minimum contacts with the State of Arizona.

22       10.    That the Plaintiff is a consumer and victim of inaccurate reporting by Defendants.

23       11.    That on October 29, 2014, Defendant BOA and Plaintiff's counsel, McCarthy

24  Law, PLC, reached an agreement to settle Plaintiff's account ending in 87613 ("Account").

25  Exhibit A.

26       12.    That on July 10, 2015 Plaintiff completed all the payments pursuant to the

27  settlement offer and Defendant BOA accepted these payments in satisfaction of Account. Exhibit

28  B.

MCCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

Savin v. Bank of America N.A. et al.      2      COMPLAINT

13.   That Defendant BOA is willfully reporting derogatory and inaccurate information about Plaintiff to one or more consumer reporting agencies by continuing to report a balance on Account, as defined by 15 U.S.C. § 1681a.

14.   That Defendants, EQUIFAX, EXPERIAN, and TRANS UNION (collectively referred to herein as "Defendant CRAs") are willfully reporting derogatory and inaccurate information about Plaintiff to third-parties.

15.   On November 25, 2015, Plaintiff sent written disputes regarding the accuracy of the derogatory information reported by the Defendant CRAs. Exhibits C - E.

16.   That Defendant BOA willfully failed to correct the inaccurate reporting of the Account to the Defendant CRAs in violation of 15 U.S.C. § 1681s-2 and to the detriment of the consumer Plaintiff. Exhibit F-G

17.   The Defendant CRAs have failed to correct the inaccurate reporting of the Account in violation of 15 U.S.C. § 1681i and to the detriment of the consumer Plaintiff. Exhibits F - G.

18.   That Defendants EQUIFAX and TRANS UNION failed to respond to and/or conduct a reinvestigation as required by, and in violation of, 15 U.S.C. § 1681i.

19.   That Defendant CRAs, willfully failed to maintain reasonable procedures to assure maximum accuracy of the information contained in Plaintiff's credit report in violation of 15 U.S.C. § 1681e.

20.   The foregoing acts and omissions of the Defendants constitute unacceptable violations of the FCRA.

21.   As a result of the foregoing, Plaintiff has suffered damages in an amount to be shown at trial but not exceeding $10,000.00.

WHEREFORE, Plaintiff seeks a reasonable and fair judgment against defendant for willful noncompliance of the Fair Credit Reporting Act and seeks his statutory remedies as defined by 15 U.S.C. § 1681n and demands:

    1. Actual damages, pursuant to 15 U.S.C. § 1681n(a)(1)(A), of not less than $100 and not more than $1,000 per violation;

MCCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

Savin v. Bank of America N.A. et al.          3          COMPLAINT

2. Punitive damages, pursuant 15 U.S.C. § 1681n(a)(2), for Defendant's willful violation;

3. The costs of instituting this action together with reasonable attorney's fees incurred by Plaintiff pursuant to 15 U.S.C. § 1681n(a)(3); and

4. Any further legal and equitable relief as the court may deem just and proper in the circumstances.

Respectfully submitted this 24th day of March, 2016.

MCCARTHY LAW, PLC

By: _____

Joon N. Kee, Esq.
Kevin Fallon McCarthy, Esq.
Attorneys for Plaintiffs

MCCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

Savin v. Bank of America N.A. et al.          4          COMPLAINT

# EXHIBIT A



**Bank of America**

# Fax Cover Sheet

**To:**        JOAN DIBELLA
               MCCARTHY LAW FIRM

**From:**      Customer Satisfaction department

**Phone Number:**

**Fax Number:**     (602) 218-4447

**Date and Time:**   10/29/2014    11:15 AM

## IMPORTANT CONFIDENTIALITY INFORMATION

If you are not the intended recipient of this fascimile, or the person responsible for delivering it to the intended recipient,
you are hereby notified that any dissemination, distribution, or copying of this communication is strictly probihited as it
may   contain information that is privileged, confidential, and  exempt from  disclosure under applicable law.
If you have received this fascimile in error, please notify the sender immediately.

Excellence is a point of view.

It isn't brilliance or getting the breaks.

It is consistent attention to

and honest respect for the Customer.

Wilmington, DE 19884

**Bank of America**

| New account ending |
| --- |
| 3787 |

| Previous account ending |
| --- |
| 7613 |

BRENT R SAVIN
25 RIBBON LN
WANTAGH NY 11793-150925

October 29, 2014

Dear Brent R Savin:

As we recently agreed, this letter confirms our conversation to settle the above referenced account. We will accept $3,700.00 as a settlement on this account. As of the date of this letter your current balance is $8,058.32. To accept this offer, you must agree to send the first installment payment of $550.00 by October 30, 2014. Each future installment is listed below.

| Due date | Payment amount | Due date | Payment amount |
| --- | --- | --- | --- |
| November 29, 2014 | $450.00 | December 30, 2014 | $450.00 |
| January 30, 2015 | $450.00 | February 28, 2015 | $450.00 |
| March 30, 2015 | $450.00 | April 30, 2015 | $450.00 |
| May 30, 2015 | $450.00 | | |

Based on your verbal acceptance of this offer and upon receipt of all required payments as described in this letter, this account will be considered settled. There will be no obligation to pay the difference between the outstanding balance as of the time of settlement and the settlement amount. Also, any future account activity that results in a credit to your account may become the property of Bank of America.

If a payment is returned for any reason, or if you fail to make required payments on time, the settlement may be voided. If the settlement is voided, the original outstanding balance, less any settlement payments made or credits received, will be due and we may continue to pursue our collection efforts of the remaining debt.

As a result of this settlement, if the amount forgiven or cancelled on this account is equal to or exceeds $600, the IRS may require Bank of America to report the forgiven or cancelled amount of the debt on a Form 1099-C. You will receive this form for the year in which the settlement completed. If you want advice about the potential tax consequences that may result from this settlement, you should consult a tax professional of your choosing. Bank of America makes no representation about the tax consequences this settlement may have for you or any reporting requirements that may be imposed on the Bank.

For your convenience, you can make your payment over the telephone by contacting one of our knowledgeable associates at 1.888.647.6262, Monday through Friday 8 a.m. - 5 p.m. Eastern.

Sincerely,

Bank of America

This is an attempt to collect a debt and any information obtained will be used for that purpose. This account is issued and administered by Bank of America, N.A. Correspondence may be mailed to Bank of America, PO Box 982236, El Paso, TX 79998-2236. Payments may be mailed to Bank of America, PO Box 15019, Wilmington, DE 19850-5019.

# EXHIBIT B

# Bank of America

## Fax Cover Sheet

**From:**

| | |
|---|---|
| Name: | BRENT R SAVIN |
| Fax Number: | |
| Office Number: | |

**To:**

| | |
|---|---|
| Name: | BRENT R SAVIN |
| Company: | |
| Fax Number: | 16022184447 |
| Office Number: | |

**Fax Notes:**

Date and time of the transmission:      Friday, July 10, 2015 12:27:44 PM
Number of pages including cover sheet: 04

The information contained in this FAX message is intended only for the confidential use of the designated recipient named above. This message may contain contractual and proprietary information and as such is private and confidential. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the message to us by mail.

**FIA CARD SERVICES™**

## Fax Cover Sheet

| | |
|---|---|
| To: | BRENT R SAVIN |
| Company: | |
| Telephone Number: | |
| Fax Number: | 6022184447 |
| Date: | Fri Jul 10 13:27:43 EDT 2015 |
| From: | Customer Advocate |
| Department: | Customer Satisfaction |

If transmission problems occur, please call: 800.362.6299

**Message:**

This fax may contain promotional materials from FIA Card Services or one of our affiliate companies. You may choose not to receive future faxes that contain promotional materials by:

    Faxing: 1. 804.627.7042
    Calling: 1.800.362.6299

Important: You must inform the bank of the specific fax number(s) to which the fax opt-out request will apply.

As required by Federal law we will honor your opt-out request within 30 days.

The information contained in this FAX message is intended only for the confidential use of the designated recipient named above. This message may contain contractual and proprietary information and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the message to us by mail.


**Bank of America**

| New account ending |
|---|
| 3787 |

| Previous account ending |
|---|
| 7613 |

BRENT R SAVIN
1933 HORNBLEND ST APT 22
SAN DIEGO CA 92109-4593

July 10, 2015

Brent R Savin:

Thank you for your final payment toward the settlement on the above account.

**What you need to know**
This payment completes the settlement and your new account will be reported to the consumer
reporting agencies as settled, paid for less than the full balance amount.

Any future account activity that results in a credit balance, including an overpayment, may
become the property of Bank of America.

As a reminder, your account has defaulted and is closed for charging. The balance on the
previous account number has been charged off. We created a new account number to aid
internal processing.

As a result of this settlement, if the amount cancelled on this debt equals or exceeds $600, the
IRS may require us to report the amount cancelled on a Form 1099-C. You will receive this form
for the year in which the settlement is completed. If you want advice about the potential tax
consequences that may result from this settlement, we recommend that you consult a tax
professional. We do not make any representations about the tax consequences that this
settlement may have for you or any reporting requirements that may be imposed on us.

Please keep this notice with your personal financial records for future reference.

**Questions?**
If you have any questions please call us at 1.888.647.6262, Monday through Friday 8 a.m. - 5 p.m. Eastern. We're ready to assist you.

This account is issued and administered by Bank of America, N.A. Correspondence can be mailed to Bank of America, PO Box 982238, El Paso, TX 79998-2238.

# EXHIBIT C

Brent R. Savin
25 Ribbon Lane
Wantagh, NY 11793

November 25, 2015

Equifax Information Services, LLC
PO Box 740256
Atlanta, GA 30374

Re:   **Name:  Brent R. Savin**
      **Social Security #:** ████2471
      **DOB:** ██████
      **Report date:  11/23/2015**
      **Confirmation # 5827159096**

To Whom It May Concern,

I am writing to dispute the following information in my file. I have attached the item I dispute on the enclosed copy of the credit report I received.

This item Bank of America account # ████████3787 (former acct # ████████7613) is incorrectly reporting a balance owed of $4,358.00.  This is inaccurate as I settled this account with Bank of America for $3,700.00 and the account was paid as agreed as of May 2015.  I am requesting that the item be corrected to reflect a zero balance owed.

Please investigate this matter and correct the disputed item as soon as possible.

Sincerely,

Brent R. Savin

  [ Save as PDF ]

## Equifax Credit Report ™ for Brent R. Savin

As of: 11/23/2015.
Available until: 12/23/2015                        **Report Does Not Update**
Confirmation #: 5827159098

⚠ **Note:** The complete view of your credit report below will only be available during this site visit. You will have free access to your credit report--minus the historical information--for 30 days when you create an account.

| Section Title | Section Description |
|---|---|
| 1. Credit Summary | Summary of account activity |
| 2. Account Information | Detailed account information |
| 3. Inquiries | Companies that have requested or viewed your credit information |
| 4. Negative Information | Bankruptcies, liens, garnishments and other judgments |
| 5. Personal Information | Personal data, addresses, employment history |
| 6. Dispute File Information | How to dispute information found on this credit report |
| 7. Summary of Your Rights Under the FCRA | Summary of Your Rights Under the FCRA |
| 8. Remedying the Effects of Identity Theft | Remedying the Effects of Identity Theft |
| 9. Your Rights Under State Law | Your Rights Under State Law |

## Contact Us

If you would like to initiate your dispute by phone you may contact our dispute center at 866-229-7861. Or you may dispute via US mail by writing to:

**Equifax Information Services, LLC**
**PO Box 740256**
**Atlanta, GA 30374**

## Credit Summary

Your Equifax Credit Summary highlights the information in your credit file that is most important in determining your credit standing by distilling key credit information into one easy-to-read summary.

## Accounts

Lenders usually take a positive view of individuals with a range of credit accounts - car loan, credit cards, mortgage, etc. - that have a record of timely payments. However, a high debt to credit ratio on certain types of revolving (credit card) accounts and installment loans will typically have a negative impact.



## Closed Accounts

| Creditor Name | Account Number | Date Opened | Balance | Date Reported | Past Due | Status | High Credit |
|---|---|---|---|---|---|---|---|
| BANK OF AMERICA | 37432299829XXXX | 08/07/2007 | $4,358 | 11/14/2015 | | CHARGE-OFF | $0 |

BANK OF AMERICA

P.O. Box 982235

11/23/2015                                         Equifax FACT Act

El Paso. TX-799982235

| Account Number: | 37432299829XXXX | Status: | CHARGE-OFF |
|---|---|---|---|
| Account Owner: | Individual Account. | High Credit: | . |
| Type of Account 🔃 | Revolving | Credit Limit: | $0 |
| Term Duration: | | Terms Frequency: | Monthly (due every month) |
| Date Opened: | 08/07/2007 | Balance: | $4.358 |
| Date Reported: | 11/14/2015 | Amount Past Due: | |
| Date of Last Payment: | 05/2015 | Actual Payment Amount: | |
| Scheduled Payment Amount: | | Date of Last Activity: | N/A |
| Date Major Delinquency First Reported: | | Months Reviewed: | 99 |
| Creditor Classification: | | Activity Designator: | Closed |
| Charge Off Amount: | $8.058 | Deferred Payment Start Date: | |
| Balloon Payment Amount: | | Balloon Payment Date: | |
| Date Closed: | 09/2013 | Type of Loan: | Credit Card |
| Date of First Delinquency: | 10/2012 | | |
| Comments: | Charged off account. Account closed by credit grantor | | |

81-Month Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | | |
| 2014 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2013 | 90 | 120 | 150 | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2012 | * | * | * | * | * | * | * | * | * | * | 30 | 60 |
| 2011 | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | * | * |
| 2010 | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR |
| 2009 | | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR |

'H3-month comments file

| | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 |
|---|---|---|---|---|---|---|
| Balance | 4358 | 4358 | 4358 | 4358 | 4358 | 4808 |
| Scheduled Payment Amount | | | | | | |
| Actual Payment Amount | | | | | | |
| Date of Last Payment | 05/2015 | 05/2015 | 05/2015 | 05/2015 | 05/2015 | 04/2015 |
| High Credit | | | | | | |

Equifax FACT Act

| Credit Limit | 0 | 0 | 0 | 0 | 0 | 0 |
|---|---|---|---|---|---|---|
| Amount Past Due | | | | | | |
| Type of Loan | Credit Card | Credit Card | Credit Card | Credit Card | Credit Card | Credit Card |
| Activity Designator | Closed | Closed | Closed | Closed | Closed | Closed |
| Comments | Charged off account | Charged off account | Charged off account | Charged off account | Charged off account | Charged off account |
| Comments | Account closed by credit grantor | Account closed by credit grantor | Account closed by credit grantor | Account closed by credit grantor | Account closed by credit grantor | Account closed by credit grantor |

| | 04/2015 | 03/2015 | N/A | 01/2015 | N/A | 11/2014 |
|---|---|---|---|---|---|---|
| Balance | 5258 | 5708 | | 6158 | | 6358 |
| Scheduled Payment Amount | | | | 61 | | 63 |
| Actual Payment Amount | 450 | 450 | | 450 | | 1700 |
| Date of Last Payment | 03/2015 | 02/2015 | | 01/2015 | | 11/2014 |
| High Credit | | | | | | |
| Credit Limit. | 0 | 0 | | 0 | | 0 |
| Amount Past Due | | | | | | 226 |
| Type of Loan | Credit Card | Credit Card | | Credit Card | | Credit Card |
| Activity Designator | Closed | Closed | | Closed | | Closed |

Equifax FACT Act

| Comments | Charged off account | Charged off account | | Charged off account | | Charged off account |
|---|---|---|---|---|---|---|
| Comments | Account closed by credit grantor | Account closed by credit grantor | | Account closed by credit grantor | | Account closed by credit grantor |
| | 10/2014 | N/A | N/A | N/A | 06/2014 | N/A |
| Balance | 6808 | | | | 8058 | |
| Scheduled Payment Amount | 80 | | | | 80 | |
| Actual Payment Amount | 1250 | | | | | |
| Date of Last Payment | 10/2014 | | | | 07/2012 | |
| High Credit | | | | | | |
| Credit Limit | 0 | | | | 0 | |
| Amount Past Due | 676 | | | | 1926 | |
| Type of Loan | Credit Card | | | | Credit Card | |
| Activity Designator | Closed | | | | Closed | |
| Comments | Charged off account | | | | Charged off account | |
| Comments | Account closed by credit grantor | | | | Account closed by credit grantor | |
| | N/A | N/A | N/A | N/A | N/A | N/A |

Equifax FACT Act

| | |
|---|---|
| Balance | |
| Scheduled Payment Amount | |
| Actual Payment Amount | |
| Date of Last Payment | |
| High Credit | |
| Credit Limit | |
| Amount Past Due | |
| Type of Loan | |
| Activity Designator | |
| Comments | |
| Comments | |

# EXHIBIT D

Brent R. Savin
25 Ribbon Lane
Wantagh, NY 11793


November 25, 2015

Experian
NCAC
PO Box 9701
Allen, TX 75013

Re:     Name: **Brent R. Savin**
        **Social Security #:** ████ 2471
        **DOB:** ████
        **Report date: 11/23/2015**
        **Report # 2689-0654-55**

To Whom It May Concern,

I am writing to dispute the following information in my file. I have attached the item I dispute on
the enclosed copy of the credit report I received.

This item Bank of America account # ████████ 3787 (former acct # ████████ 7613) is
incorrectly reporting a balance owed of $4,358.00. This is inaccurate as I settled this account
with Bank of America for $3,700.00 and the account was paid as agreed as of May 2015. I am
requesting that the item be corrected to reflect a zero balance owed.

Please investigate this matter and correct the disputed item as soon as possible.



Sincerely,

Brent R. Savin

## Online Personal Credit Report

### What if I want to dispute an item in my report?

Review each section of your credit report. Visit experian.com/disputes to start or check the status of your dispute.

### Report Summary:

- There are 9 potentially negative items in your report.
- You have 15 accounts in good standing in your report.

Experian credit report prepared for
**BRENT R SAVIN**
Report date: **November 23, 2015**
Your report number is

# 2689-0654-55

**Your Credit Report:**

- Potentially negative items
- Accounts in good standing
- Requests for your credit history
- Personal information
- Important message from Experian
- Contact us
- Know your rights

Experian collects and organizes information about you and your credit history from public records, your creditors and other reliable sources. By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as "Medical Information Provider." Consumer statements included on your report at your request that contain medical information are disclosed to others.

# Credit Items

For your protection. the last few digits of your account numbers do not display.

**BANK OF AMERICA**
Address:                          Account Number:
PO BOX 982235                     37432299829....
EL PASO. TX 79998
(800) 215-6195
Address Identification Number:
0182030801

Status: Account charged off. $5.708 written off.            Status Details: This account is scheduled to
                                                            continue on record until Jul 2019.

| Date Opened: | Type: | Credit Limit/Original Amount: |
|---|---|---|
| 08/2007 | Credit card | $6.500 |
| **Reported Since:** | **Terms:** | **High Balance:** |
| 08/2007 | NA | $8.058 |
| **Date of Status:** | **Monthly Payment:** | **Recent Balance:** |
| 04/2013 | $0 | $4.358 as of 11/2015 |
| **Last Reported:** | **Responsibility:** | **Recent Payment:** |
| 11/2015 | Individual | $0 |

Comment: Account closed at credit grantor's request.

**Payment History:**

| 2015 | | | | | | | | | | | 2014 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN |
| CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |

| | | | | | | | | | | | 2013 | | | | | | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC |
| CO | CO | CO | CO | CO | CO | CO | CO | CO | 180 | CO | CO | CO | CO | 150 | 150 | 120 | 90 |

| | | | | | | | | | | | 2011 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN |
| 60 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | | | | | | | | | | | 2010 | | | | | | 2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | | | | | | | | | | | 2008 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | | | | | | |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | | | | | |

**Account History:**
Charge Off as of Nov 2015. Oct 2015. Sep 2015. Aug 2015. Jul 2015. Jun
2015. May 2015. Apr 2015. Apr 2013 to Mar 2015
150 days past due as of Mar 2013. Feb 2013
120 days past due as of Jan 2013
90 days past due as of Dec 2012
60 days past due as of Nov 2012
30 days past due as of Oct 2012

**Balance History - The following data will appear in the following format:**
*account balance / date payment received / scheduled payment amount / actual amount paid*
Oct 2015: $4.358 / May 21. 2015 / no data / no data
Sep 2015: $4.358 / May 21. 2015 / no data / no data
Aug 2015: $4.358 / May 21. 2015 / no data / no data
Jul 2015: $4.358 / May 21. 2015 / no data / no data
Jun 2015: $4.358 / May 21. 2015 / no data / no data

11/23/2015 '                                          Experian - Report Summary

May 2015: $4.808 / April 20, 2015 / no data / no data
Apr 2015: $5.258 / March 19, 2015 / no data / $450
Mar 2015: $5.˜08 / February 20, 2015 / no data / $450
Jan 2015: $0 / December 23, 2014 / no data / no data
Dec 2014: $6.608 / December 23, 2014 / no data / $450
Nov 2014: $6.358 / November 20, 2014 / no data / $1.700
Oct 2014: $6.808 / October 30, 2014 / no data / $1,250
Jun 2014: $8.058 / July 24, 2012 / no data / no data

Betw een Jun 2014 and Oct 2015, your credit limit/high balance w as
$8.500



4/29

# EXHIBIT E

Brent R. Savin
25 Ribbon Lane
Wantagh, NY 11793

November 25, 2015

Transunion Consumer Relations
PO Box 2000
Chester, PA 19022-2000

Re:    **Name: Brent R. Savin**
       **Social Security #:** ▓▓▓▓2471
       **DOB:** ▓▓▓▓▓▓
       **Report date: 11/22/2015**
       **File #: 332767233**

To Whom It May Concern,

I am writing to dispute the following information in my file. I have attached the items I dispute on the enclosed copy of the credit report I received.

This item Bank of America account #▓▓▓▓▓▓3787 (former acct #▓▓▓▓▓▓▓7613) is incorrectly reporting a balance owed of $4,358.00. This is inaccurate as I settled this account with Bank of America for $3,700.00 and the account was paid as agreed as of May 2015. I am requesting that the item be corrected to reflect a zero balance owed.

Please investigate this matter and correct the disputed item as soon as possible.

Sincerely,

Brent R. Savin

 TransUnion.

Report Created On: 11/22/2015
File Number: 332767233

-Begin Credit Report-

## Personal Information

SSN: XXX-XX-2471
Your SSN has been masked for your protection.
**Names Reported:** BRENT R. SAVIN

You have been on our files since 01/01/2002
Date of Birth:



## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

**Rating Key**
Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | CO | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

**Remarks Key**
Additionally, some creditors may notate your account with comments each month. We refer to these creditor comments as 'Remarks'. The key below gives the descriptions of the abbreviated remarks contained in your credit file. Any remark containing brackets > < indicates that this remark is considered adverse.

CBC  ACCOUNT CLOSED BY CONSUMER        CBG  CLOSED BY CREDIT GRANTOR        CLO  CLOSED
INA  INACTIVE ACCOUNT        >PPL<  PAID IN FULL/WAS A CHARGE OFF        >PRL<  UNPAID BALANCE CHARGED OFF
>SET<  SETTLED-LESS THAN FULL BLNC

## Adverse Accounts

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to these items in this report. For your protection, your account numbers have been partially masked, and in some cases scrambled.

**BANK OF AMERICA  #37432299829****
PO BOX 982235
EL PASO, TX 79998-2235
(800) 655-1491



**Date Opened:** 08/07/2007
**Responsibility:** Individual Account
**Account Type:** Revolving Account
**Loan Type:** CREDIT CARD

**Date Updated:** 11/14/2015
**Payment Received:** $0
**Last Payment Made:** 05/21/2015
**Original ChargeOff:** $8,058

**Pay Status:** >Charged Off<
**Terms:** Paid Monthly
**Date Closed:** 11/12/2012
>Maximum Delinquency of 120 days in 02/2013 and in 03/2013<

**High Balance:** High balance of $8,058 from 09/2013 to 09/2013; $8,058 from 06/2014 to 08/2014; $8,058 from 10/2014 to 01/2015; $8,058 from 03/2015 to 11/2015
**Credit Limit:** Credit limit of $8,500 from 09/2013 to 09/2013; $8,500 from 06/2014 to 08/2014; $8,500 from 10/2014 to 01/2015; $8,500 from 03/2015 to 11/2015
**Estimated month and year that this item will be removed:** 09/2019

| | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $4,358 | $4,358 | $4,358 | $4,358 | $4,358 | $4,358 | $4,608 | $5,258 | $5,708 | |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $450 | $450 | |
| Past Due | $0 | | | $0 | | $0 | $0 | $0 | $0 | |
| Remarks | CBG >PRL< | CBG >PRL< | CBG >PRL< | CBG >PRL< | CBG >PRL< | CBG >PRL< | CBG >PRL< | CBG >PRL< | CBG >PRL< | |
| Rating | CO | CO | CO | CO | CO | CO | CO | CO | CO | |

| | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $6,158 | $6,608 | $6,358 | $6,808 | | | | $8,058 | | |
| Amount Paid | $450 | $450 | $1,700 | $1,250 | | | | $0 | | |
| Past Due | $0 | $0 | $226 | $976 | | | | $1,926 | | |
| Remarks | CBG >PRL< | CBG >PRL< | CBG >PRL< | CBG >PRL< | | | | CBG >PRL< | | |
| Rating | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |

| | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | | | | | | | $8,058 | | | |
| Amount Paid | | | | | | | $0 | | | |
| Past Due | | | | | | | | | | |
| Remarks | | | | | | | CBG >PRL< | | | |
| Rating | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |

| | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | CO | CO | 120 | 120 | 90 | 60 | 75 | OK | OK | OK |

| | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 | 10/2011 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 09/2011 | 08/2011 | 07/2011 | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**TransUnion**

| | 11/2010 | 10/2010 | 09/2010 | 08/2010 | 07/2010 | 06/2010 | 05/2010 | 04/2010 | 03/2010 | 02/2010 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 01/2010 | 12/2009 | 11/2009 | 10/2009 | 09/2009 | 08/2009 | 07/2009 | 06/2009 | 05/2009 | 04/2009 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 03/2009 | 02/2009 | 01/2009 |
|---|---|---|---|
| Rating | OK | OK | OK |



# EXHIBIT F



Prepared for: **BRENT R SAVIN**
Date: **December 16, 2015**
Report number: **1884-8309-98**

Page 1 of 18

## Dispute Results

This summary shows the revision(s) made to your credit file as a result of our processing of your dispute. If you still question an item, then you may want to contact the furnisher of the information directly or review the original information in the public record. You may also submit additional documents to us supporting your claim at experian.com/upload or by mail.

The federal Fair Credit Reporting Act states that you may:

- request a description of how we processed your dispute, including the business name and address of any furnisher of information contacted in connection with such information and the telephone number if reasonably available;

- add a statement disputing the accuracy or completeness of the information; and

- request that we send these results to organizations that you specifically designate who have requested your credit report, which contained the deleted or disputed information, within the past two years for employment purposes or within six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York.) As a word of general precaution, the results can contain sensitive information; as such, you will want to give careful thought when sharing this information.

If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental.

If no information follows, our response appeared on the previous page.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

### How to read your results

**Deleted** - This item was removed from your credit report

**Remains** - This item was not changed as a result of our processing of your dispute

**Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you

**Processed** - This item was either updated or deleted; review this report to learn its outcome

### Results

We have completed the processing of your dispute(s). Here are the results:

| Credit items | Outcome |
| --- | --- |
| BK OF AMER<br>37432299829.... | Updated |

Visit experian.com/status to check the status of your pending disputes at any time

PO Box 9701
Allen, TX 75013

0001682 02/M9/494 **AUTO 3 0730# 11793-150833   C02-901684-1
BRENT R SAVIN
25 RIBBON LANE
WANTAGH NY 11768-1509

0685952008

Experian

Prepared for: BRENT R SAVEN
Date: December 19, 2016
Report number: 1884-0380-88

Page 2 of 18

Your accounts that may be considered negative

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years. Unpaid tax liens may remain for up to 10 years from the filing date, and paid tax liens may remain for up to seven years from the filing date. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

## ☐ Credit items

**BANK OF AMERICA**
PO BOX 982238
EL PASO TX 79998
Phone number
(800) 421 2110
Partial account number
374322398629...
Address identification number
010203061

| | |
|---|---|
| Date opened | Aug 2007 |
| First reported | Dec 2008 |
| Date of status | Apr 2013 |

| | |
|---|---|
| Type | Credit card |
| Terms | Monthly |
| Date of status payment | Not reported |

| | |
|---|---|
| Credit limit or original amount | $4,500 |
| Terms | 2015 |
| High balance | $8,058 |

| | |
|---|---|
| Recent balance | $4,358 as of Dec |
| Recent payment | $450 |

| | |
|---|---|
| Responsibility | Individual |

Status: Account charged off. $8,058 written off. $4,358 past due as of Dec 2015.

This account is scheduled to continue on record until Jul 2019.
Comment:
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).
Your statement:
" Y. ITEM DISPUTED BY CONSUMER"
Comment:
Account closed at credit grantor's request.
This item was updated from our processing of your dispute in Dec 2016.

**Payment history legend**

| | | | |
|---|---|---|---|
| CUR | Current/Terms of agreement met | VS | Voluntarily surrendered |
| 30 | Account 30 days past due | RP | Repossession |
| 60 | Account 60 days past due | PBC | Paid by creditor |
| 90 | Account 90 days past due | IC | Insurance claim |
| 120 | Account 120 days past due | CG | Claim filed with government |
| 150 | Account 150 days past due | DC | Defaulted on contract |
| 180 | Account 180 days past due | CO | Collection |
| ND | Creditor received deed | CO | Charge off |
| FS | Foreclosure proceedings started | C | Closed |
| F | Foreclosed | ND | No data for this time period |

**Payment history**



7302-02 00 000164(3) 0001-0013633

# EXHIBIT G



Credit Report Prepared For:

# BRENT R SAVIN

Report as Of: 3/22/2016

BRENT R SAVIN
Report As Of: 3/22/2016



## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.





| | Experian | Equifax | TransUnion |
|---|---|---|---|
| **BANK OF AMERICA** | | | |
| [X] Potentially Negative Closed | | | |
| **Account Name** | | BANK OF AMERICA | |
| **Account #** | | 37432299829XXXX | |
| **Account Type** | | National Credit Card Cos. | |
| 8004212110 **Balance** | | $4,358.00 | |
| 4060 OGLETOWN/STANTON RD **Past Due** | | $0.00 | |
| DE5-019-03-07 **Date Opened** | | 8/7/2007 | |
| NEWARK, DE 19713 **Account Status** | | Closed | |
| **Mo. Payment** | | $0.00 | |
| **Payment Status** | | Bad debt & placed for collection & skip | |
| **High Balance** | | $0.00 | |
| **Limit** | | $6,500.00 | |
| **Terms** | | M | |
| **Comments** | | CHARGED OFF ACCOUNT. ACCOUNT CLOSED BY CREDIT GRANTOR | |

**24/Mo Payment History**

| Month | 2014 | | | | | | | | | | 2015 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR |
| Equifax | Negative | Negative | Negative | Negative | Negative | Negative | Negative | Negative | Negative | Negative | Negative | Negative | Negative | Negativ |

Personal Information · Report Summary · Bankruptcies · Credit Inquiries · Credit Cards & Loans Page 43 of 77 · Credit Score

Page 23

BRENT R SAVIN
Report As Of: 3/22/2016



## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.





**BK OF AMER**

Experian      Equifax      TransUnion

[X] Potentially Negative Closed

8004212110
PO BOX 982235
EL PASO, TX 79998

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name | | | BK OF AMER |
| Account # | | | 7XX |
| Account Type | | | Banks and S&Ls |
| Balance | | | $4,358.00 |
| Past Due | | | $0.00 |
| Date Opened | | | 8/7/2007 |
| Account Status | | | Closed |
| Mo. Payment | | | $0.00 |
| Payment Status | | | Charged off as bad debt |
| High Balance | | | $8,058.00 |
| Limit | | | $6,500.00 |
| Terms | | | |
| Comments | | | |

**24/Mo Payment History**

 

*1589463*

McDOWELL MOUNTAIN
JUSTICE COURT
FILED

16 APR -4 AM 9: 15

EZ Messenger
2502 N. BLACK CANYON HIGHWAY
PHOENIX, AZ85009
602.258.8081
Fax#: 602.258.8864

In The MCDOWELL MOUNTAIN JUSTICE
COURT
State of ARIZONA, County of MARICOPA

**BRENT SAVIN**
Vs.
**BANK OF AMERICA, N.A., EQUIFAX
INFORMATION SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC., AND
TRANS UNION, LLC**

**Certificate of Service**

Case No.:**CC2016055851RC**
Court Date: **N/A**
Judge:

The undersigned certifies under penalty of perjury:That I am a private process server registered in **Maricopa County** and an officer of the court. On 03/30/2016 I received **SUMMONS; COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING ACT (15 U.S.C. 1681 et seq.); EXHIBIT A-G; NOTICE TO THE DEFENDANT; INITIAL DISCOVERY SET TO EQUIFAX INFORMATION SERVICES LLC** from McCarthy Law PLC and by **Kevin Fallon McCarthy**. In each instance I personally served the appropriate copy(ies) of each document listed above upon: **EQUIFAX INFORMATION SERVICES LLC by service upon its statutory agent CORPORATION SERVICE COMPANY**, by leaving with **EMARIE SYNODIS, PROCESS SPECIALIST**, stated authorized to accept, at **2338 W ROYAL PALM ROAD, STE J** in Phoenix, AZ85021 in MARICOPA County, on 03/30/2016 at 11:36 AM.

Description of Person Accepting Service:
Sex: Female Race: Caucasian Age: 27 Height: 5ft 3in Weight: 180 Hair: Blonde

Marriage Status: N/A

I delcare, under penalty of perjury, that the
foregoing is true and correct. Executed on
April 01, 2016

| | | |
|---|---|---|
| SERVICE OF PROCESS | $ | 55.00 |
| **TOTAL:** | $ | 55.00 |

Client Ref: Savin.B.12.419
Client: McCarthy Law PLC

ROBERT LYONS, MC-8596          Affiant



*1589448*

McDOWELL MOUNTAIN
JUSTICE COURT
FILED

'16 APR -4 AM 9: 15

EZ Messenger
2502 N. BLACK CANYON HIGHWAY
PHOENIX, AZ85009
602.258.8081
Fax#: 602.258.8864

In The MCDOWELL MOUNTAIN JUSTICE
COURT
State of ARIZONA, County of MARICOPA

**BRENT SAVIN**
Vs.
**BANK OF AMERICA, N.A., EQUIFAX
INFORMATION SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC., AND
TRANS UNION, LLC**

**Certificate of Service**

Case No.:**CC2016055851RC**
Court Date: **N/A**
Judge:

The undersigned certifies under penalty of perjury:That I am a private process server registered in **Maricopa County** and an officer of the court. On 03/30/2016 I received **SUMMONS; COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING ACT (15 U.S.C. 1681 et seq.); EXHIBIT A-G; NOTICE TO THE DEFENDANT; INITIAL DISCOVERY SET TO BANK OF AMERICA, N.A.** from McCarthy Law PLC and by Kevin Fallon McCarthy. In each instance I personally served the appropriate copy(ies) of each document listed above upon: **BANK OF AMERICA, N.A. by service upon its statutory agent CT CORPORATION SYSTEM**, by leaving with **JOLENE THOMAS, CUSTOMER SERVICE REPRESENTATIVE**, stated authorized to accept, at **3800 N CENTRAL AVE, STE 460** in **Phoenix, AZ85012 in MARICOPA** County, on 03/30/2016 at 12:00 PM.

Description of Person Accepting Service:
Sex: Female Race: Native American Age: 40 Height: 5ft 5in Weight: 180 Hair: Brown

Marriage Status: N/A

I delcare, under penalty of perjury, that the
foregoing is true and correct. Executed on
April 01, 2016

| | | |
|---|---|---|
| SERVICE OF PROCESS | $ | 55.00 |
| **TOTAL:** | $ | 55.00 |

Client Ref: Savin.B.12.419
Client: McCarthy Law PLC

MICHAEL CANDELARIA,
MC-8552                    Affiant



*1589475*

EZ Messenger
2502 N. BLACK CANYON HIGHWAY
PHOENIX, AZ85009
602.258.8081
Fax#: 602.258.8864

McDOWELL MOUNTAIN
JUSTICE COURT
FILED

16 APR -4 AM 9: 15

In The MCDOWELL MOUNTAIN JUSTICE
COURT
State of ARIZONA, County of MARICOPA

**BRENT SAVIN**
Vs.
**BANK OF AMERICA, N.A., EQUIFAX
INFORMATION SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC., AND
TRANS UNION, LLC**

**Certificate of Service**

Case No.:**CC2016055851RC**
Court Date: **N/A**
Judge:

The undersigned certifies under penalty of perjury:That I am a private process server registered in **Maricopa County** and an officer of the court. On 03/30/2016 I received **SUMMONS; COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING ACT (15 U.S.C. 1681 et seq.); EXHIBIT A-G; NOTICE TO THE DEFENDANT; INITIAL DISCOVERY SET TO EXPERIAN INFORMATION SOLUTIONS, INC.** from **McCarthy Law PLC** and by **Kevin Fallon McCarthy**. In each instance I personally served the appropriate copy(ies) of each document listed above upon: **EXPERIAN INFORMATION SOLUTIONS, INC. by service upon its statutory agent CT CORPORATION SYSTEM**, by leaving with **JOLENE THOMAS, CUSTOMER SERVICE REPRESENTATIVE**, stated authorized to accept, at **3800 N CENTRAL AVE, STE 460** in **Phoenix, AZ85012** in **MARICOPA** County, on 03/30/2016 at 12:00 PM.

Description of Person Accepting Service:
Sex: Female Race: Native American Age: 40 Height: 5ft 5in Weight: 180 Hair: Brown

Marriage Status: N/A

I delcare, under penalty of perjury, that the
foregoing is true and correct. Executed on
April 01, 2016

SERVICE OF PROCESS      $      55.00

**TOTAL:**      $      55.00

Client Ref: Savin.B.12.419
Client: McCarthy Law PLC

MICHAEL CANDELARIA,      Affiant
MC-8552

 

**\*1589478\***

McDOWELL MOUNTAIN
JUSTICE COURT
FILED

'16 APR -4 AM 9: 16

EZ Messenger
2502 N. BLACK CANYON HIGHWAY
PHOENIX, AZ85009
602.258.8081
Fax#: 602.258.8864

In The MCDOWELL MOUNTAIN JUSTICE
COURT
State of ARIZONA, County of MARICOPA

**BRENT SAVIN**
Vs.
**BANK OF AMERICA, N.A., EQUIFAX
INFORMATION SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC., AND
TRANS UNION, LLC**

**Certificate of Service**

Case No.:**CC2016055851RC**
Court Date: **N/A**
Judge:

The undersigned certifies under penalty of perjury:That I am a private process server registered in **Maricopa County** and an officer of the court. On 03/30/2016 I received **SUMMONS; COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING ACT (15 U.S.C. 1681 et seq.); EXHIBIT A-G; NOTICE TO THE DEFENDANT; INITIAL DISCOVERY SET TO TRANS UNION, LLC** from McCarthy Law PLC and by Kevin Fallon McCarthy. In each instance I personally served the appropriate copy(ies) of each document listed above upon: **TRANS UNION, LLC by service upon its statutory agent PRENTICE-HALL CORP SYSTEM** , by leaving with **EMARIE SYNODIS, PROCESS SPECIALIST**, stated authorized to accept, at **2338 W ROYAL PALM ROAD, STE J** in Phoenix, AZ85021 in MARICOPA County, on 03/30/2016 at 11:36 AM.

Description of Person Accepting Service:
Sex: Female Race: Caucasian Age: 27 Height: 5ft 3in Weight: 180 Hair: Blonde

Marriage Status: N/A

I delcare, under penalty of perjury, that the
foregoing is true and correct. Executed on
April 01, 2016

| | | |
|---|---|---|
| SERVICE OF PROCESS | $ | 55.00 |
| **TOTAL:** | $ | 55.00 |

Client Ref: Savin.B.12.419
Client: McCarthy Law PLC

ROBERT LYONS, MC-8596          Affiant

JUSTICE COURT
FILED

16 APR 19 PM 4:18

1  Philip R. Wooten
2  philip.wooten@azbar.org
   Philip R. Wooten PC
3  3413 E. Equestrian Trail
   Arizona State Bar No. 007006
4  Phoenix, AZ 85044-3403
5  (480) 598-4330
   (480) 598-4331 Fax
6  *Counsel for Trans Union LLC*

7

8          **McDOWELL MOUNTAIN JUSTICE COURT**
           **MARICOPA COUNTY, STATE OF ARIZONA**
9          **18380 North 40ᵗʰ Street, Phoenix, AZ 85032**

10 BRENT SAVIN,                          ) Case No. CC-2016055851
                                         )
11          Plaintiff,                   )
                                         )
12 v.                                    ) **DEFENDANT TRANS UNION LLC's**
                                         ) **ANSWER AND DEFENSES TO**
13 BANK OF AMERICA N.A., EQUIFAX         ) **PLAINTIFF'S COMPLAINT**
   INFORMATION SYSTEMS, LLC,             )
14 EXPERIAN INFORMATION SOLUTIONS        )
   INC., and TRANS UNION LLC,            )
15                                       )
           Defendants.                   )
16 ────────────────────────────────────

17          Trans Union LLC ("Trans Union"), one of the Defendants herein, files its Answer

18 and Defenses to the Complaint ("Complaint") filed by Brent Savin ("Plaintiff"). The

19 paragraph numbers below correspond to the paragraph numbers contained in the

20 Plaintiff's Complaint to the extent possible.

21          1.      Trans Union is without knowledge or information sufficient to form a belief

22 as to the truth of the allegations contained in paragraph 1 of the Complaint, and therefore,

23 denies the same.

24          2.      Trans Union is without knowledge or information sufficient to form a belief

25 as to the truth of the allegations contained in paragraph 2 of the Complaint, and therefore,

26 denies the same.

27          3.      Trans Union is without knowledge or information sufficient to form a belief

28 as to the truth of the allegations contained in paragraph 3 of the Complaint, and therefore,

1

7844952.2/SP/83057/2213/041916

1 | denies the same.

2 |     4.    Trans Union is without knowledge or information sufficient to form a belief

3 | as to the truth of the allegations contained in paragraph 4 of the Complaint, and therefore,

4 | denies the same.

5 |     5.    Trans Union is without knowledge or information sufficient to form a belief

6 | as to the truth of the allegations contained in paragraph 5 of the Complaint, and therefore,

7 | denies the same.

8 |     6.    Trans Union is without knowledge or information sufficient to form a belief

9 | as to the truth of the allegations contained in paragraph 6 of the Complaint, and therefore,

10 | denies the same.

11 |     7.    Trans Union admits that it is a "consumer reporting agency" as defined by

12 | the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681a(f). Trans Union admits that

13 | it is a foreign corporation authorized to do business within the State of Arizona. Trans

14 | Union also admits that it maintains a registered agent in Arizona.

15 |     8.    Trans Union admits that it is a foreign corporation authorized to do

16 | business within the State of Arizona.

17 |     9.    Trans Union admits the United States District Court, District of Arizona has

18 | jurisdiction over this action pursuant to 15 U.S.C. § 1681p. Trans Union reserves the

19 | right to seek removal of this civil action pursuant to 28 U.S.C. § 1446.

20 |     10.    Trans Union admits that Plaintiff is a consumer as defined in 15 U.S.C. §

21 | 1681 a(c). Trans Union denies the remaining allegations contained in paragraph 10 of the

22 | Complaint. As to the other Defendants, Trans Union is without knowledge or

23 | information sufficient to form a belief as to the truth of the allegations contained in

24 | paragraph 10 of the Complaint, and therefore, denies the same.

25 |     11.    Trans Union is without knowledge or information sufficient to form a belief

26 | as to the truth of the allegations contained in paragraph 11 of the Complaint, and

27 | therefore, denies the same.

28 |     12.    Trans Union is without knowledge or information sufficient to form a belief

7844952.2/SP/83057/2213/041916

1    as to the truth of the allegations contained in paragraph 12 of the Complaint, and

2    therefore, denies the same.

3       13.     Trans Union denies reporting derogatory and inaccurate information on

4    Plaintiff's Trans Union credit file. As to the other Defendants, Trans Union is without

5    knowledge or information sufficient to form a belief as to the truth of the allegations

6    contained in paragraph 13 of the Complaint, and therefore, denies the same.

7       14.     Trans Union denies the allegations contained in paragraph 14 of the

8    Complaint. As to the other Defendants, Trans Union is without knowledge or

9    information sufficient to form a belief as to the truth of the allegations contained in

10    paragraph 14 of the Complaint, and therefore, denies the same.

11       15.     Trans Union admits on December 7, 2015, it received, reviewed and

12    considered correspondence from Plaintiff disputing Bank of America account #...3787.

13    As to the other Defendants, Trans Union is without knowledge or information sufficient

14    to form a belief as to the truth of the allegations contained in paragraph 15 of the

15    Complaint, and therefore, denies the same.

16       16.     Trans Union is without knowledge or information sufficient to form a belief

17    as to the truth of the allegations contained in paragraph 16 of the Complaint, and

18    therefore, denies the same.

19       17.     Trans Union denies the allegations contained in paragraph 17 of the

20    Complaint. As to the other Defendants, Trans Union is without knowledge or

21    information sufficient to form a belief as to the truth of the allegations contained in

22    paragraph 17 of the Complaint, and therefore, denies the same.

23       18.     Trans Union denies the allegations contained in paragraph 18 of the

24    Complaint. As to the other Defendants, Trans Union is without knowledge or

25    information sufficient to form a belief as to the truth of the allegations contained in

26    paragraph 18 of the Complaint, and therefore, denies the same.

27       19.     Trans Union denies the allegations contained in paragraph 19 of the

28    Complaint. As to the other Defendants, Trans Union is without knowledge or

1  information sufficient to form a belief as to the truth of the allegations contained in

2  paragraph 19 of the Complaint, and therefore, denies the same.

3      20.    Trans Union denies the allegations contained in paragraph 20 of the

4  Complaint.    As to the other Defendants, Trans Union is without knowledge or

5  information sufficient to form a belief as to the truth of the allegations contained in

6  paragraph 20 of the Complaint, and therefore, denies the same.

7      21.    Trans Union denies the allegations and the relief sought in paragraph 21 of

8  the Complaint.

9      Trans Union denies the relief sought in the prayer paragraph of the Complaint,

10 including all subparts.

11                                    **DEFENSES**

12     22.    At all relevant times, Trans Union maintained and followed reasonable

13 procedures to avoid violations of the Fair Credit Reporting Act and assure maximum

14 possible accuracy of the information concerning Plaintiff in preparing consumer reports

15 related to Plaintiff.

16     23.    Trans Union alleges that any alleged damages to Plaintiff, which Trans

17 Union continues to deny, are the result of the acts or omissions of Plaintiff or others, over

18 whom Trans Union has no control and for whom Trans Union has no responsibility.

19     24.    Trans Union, in compliance with the Fair Credit Reporting Act, reasonably

20 and completely reinvestigated and verified, updated, or removed all information disputed

21 by Plaintiff.

22     25.    Trans Union at all times acted in compliance with the Fair Credit Reporting

23 Act.

24     26.    Plaintiff's claims for exemplary or punitive damages and the FCRA

25 damage model violate the Due Process and Double Jeopardy Clauses of the Fifth

26 Amendment, the Excessive Fines Clause of the Eighth Amendment, and the laws of the

27 State of Arizona.

28     27.    Any alleged damages to Plaintiff, which Trans Union continues to deny,

1    were caused in whole or in part by an intervening or superseding cause.

2        WHEREFORE, PREMISES CONSIDERED, Defendant Trans Union LLC,

3    respectfully requests that this Honorable Court deny the relief requested in Plaintiff's

4    Complaint, dismiss the action in its entirety, grant Trans Union its costs of suit and

5    expenses incurred herein, including reasonable attorneys' fees, and for such other and

6    further relief as the court deems just.

7        DATED this April 19, 2016.

8                                    Respectfully submitted,

9

10

11                                   Philip R. Wooten
                                     philip.wooten@azbar.org
12                                   Philip R. Wooten PC
                                     3413 E. Equestrian Trail
13                                   Arizona State Bar No. 007006
                                     Phoenix, AZ 85044-3403
14                                   (480) 598-4330
15                                   (480) 598-4331Fax
                                     **Counsel for Trans Union LLC**
16

17

18

19

20

21

22

23

24

25

26

27

28

7844952.2/SP/83057/2213/041916

5

1

## CERTIFICATE OF SERVICE

2    I hereby certify that on April 19, 2016, I filed the attached document with the

3    Clerk's Office and mailed a copy to:

4

5    Kevin Fallon McCarthy
     Joon Kee

6    joon.kee@mccarthylawyer.com
     4250 N Drinkwater Blvd., Suite 320

7    Scottsdale, AZ 85251
     (602) 456-8900

8    *Counsel for Plaintiff*

9

10

11

**PHILIP R. WOOTEN**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

7844952.2/SP/83057/2213/041916

McDOWELL MOUNTAIN
JUSTICE COURT
FILED

16 MAR 28 AM 9: 59

MᴄCARTHY LAW PLC

CANDID CONVERSATION. WISE COUNSEL.

Kevin Fallon McCarthy, 011017
Joon Kee, 028152
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
602-456-8900
joon.kee@mccarthylawyer.com
Attorneys for Plaintiff(s)

## McDOWELL MOUNTAIN JUSTICE COURT
## MARICOPA COUNTY, STATE OF ARIZONA
18380 NORTH 40TH STREET, PHOENIX, ARIZONA 85032

| | |
|---|---|
| BRENT SAVIN, | Case No.: CC  2 0 1 6 0 5 5 8 5 1 |
| Plaintiff, | **INITIAL DISCOVERY SET TO** |
| v. | **BANK OF AMERICA, N.A.** |
| BANK OF AMERICA, N.A., EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION LLC, | |
| Defendants. | |

Plaintiff, BRENT SAVIN, gives notice of service upon and requests that Defendant individually respond to the following interrogatories, requests for production, and requests for admission within sixty (60) days of service.

### PREFATORY INSTRUCTIONS TO INTERROGATORIES

The Justice Court Rules of Civil Procedure allow a party to send up to forty (40) interrogatories to another party. An interrogatory is a written question that is sent by a party to another party that must be answered in writing and under oath by the party to whom the interrogatory is sent. If you do not answer an interrogatory because you object to the interrogatory, you must state a reason for your objection.

Provide your answers in the space directly below each question. If there is not enough space for your answer to a particular question, you may continue on a blank page by including the question above your answer. After you have completed your response to the interrogatories, you must sign on the last page to affirm that you have truthfully answered the questions and that you have a good faith basis for any objections that you may have made. You must provide your original answers to interrogatories to the party who sent them to you, and you must provide a copy to every other party in the lawsuit.

Your response to these interrogatories is due forty (40) days after they have been served on you, unless the interrogatories were served with the summons and complaint, in which case

McCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
www.McCARTHYLAWYER.COM

Savin v. Bank of America N.A. et al.          1          DISCOVERY

your response is due within sixty (60) days after the date of service, or unless otherwise ordered by the court. If you do not answer these interrogatories by the date provided in this notice, the party who served them may file a motion asking that the court order you to answer them. If the court enters that order, the court may also require you to pay expenses, including attorneys' fees incurred

by the other party in obtaining the order. If you fail to comply with the order, the other party may ask the court to impose additional penalties against you, including: that you may not introduce evidence of some or all or your claims or defenses in this lawsuit; if you are a plaintiff, that your lawsuit be dismissed; or if you are a defendant, that judgment be entered against you by default.

All information is to be divulged which is in the possession of the individual or corporate party, his attorneys, investigators, agents, employees, or other representatives of the named party.

When an individual interrogatory calls for an answer that involves more than one party, each part of the answer should clearly set out so that it is understandable.

## DEFINITIONS

When the terms "you," "Plaintiff" or "Defendant" are used, they are meant to include every individual party and include your agents, employees, your attorneys, your accountants, your investigators, anyone else acting on your behalf. Separate answers should be given for each person named as the party, if requested.

When the term "document" is used, it is meant to include every "writing", "recording" and "photograph" as those terms are defined in Rule 1001, Ariz.R.Evid. For each "document" responsive to any request withheld from production by you on the ground of any privilege, please state:

(a)     the nature of the document (e.g., letter, memorandum, contract, etc.);

(b)     the author or sender of the document;

(c)     the recipient of the document;

(d)     the date the document was authored, sent, and/or received; and

(e)     the reason such document is allegedly privileged.

Where the term "contract" is used, it is meant to mean or to include the contract between the parties to this action that is the subject of the pleadings.

Where the terms "claim" or "claims" are used, they are meant to mean or to include a demand, cause of action or assertion for something due or believed to be due.

Where the terms "defense" or "defenses" are used, they are meant to mean or to include any justification, excuse, denial or affirmative defense in response to the opposing party's claim.

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

Savin v. Bank of America N.A. et al.                                          2                                          DISCOVERY

1    Where the term "negotiation(s)" is used, it is meant to mean or to include conversations,
2 discussions, meetings, conferences and other written or verbal exchanges that relate to the
contract.

3    Where the term "Audit Trail" is used, it is meant to mean or include a complete, detailed
4 listing of each and every alteration, deletion, inquiry into, modification or other change to the
credit report or profile as maintained in recorded form, in the broadest sense, by "you". The
5 listing should include the identity, address, employer and title of the person(s) taking the action,
the identity, address, employer and title of the person(s) authorizing the action, a detailed
6 explanation of the action taken, the date of the action, the means used to effect such action, the
location of origin of the action and the reason the action was taken.

7    Where the term "data" is used, it is meant to mean or include the physical symbols in the
8 broadest sense that represent information, regardless of whether the information is oral, written or
otherwise recorded.
9
    "Identify" means that you should state:
10
11       (a) any and all names, legal, trade or assumed;

12       (b) all addresses used; and

13       (c) all telephone and tele-fax numbers used.

14    "Person(s)" means any human being, sole proprietorship, limited partnership, partnership,
15 association, group of human beings, other legal or de facto entity, or corporation, of whatever
kind.

16    "Personal Identifiers" means a person's name or social security number or other unique
17 data which identifies or is associated with a particular "person."

18    The term "consumer reporting agency" means any person which, for monetary fees, dues,
19 or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of
assembling or evaluating consumer credit information or other information on consumers for the
20 purpose of furnishing consumer reports to third parties, and which uses any means or facility of
interstate commerce for the purpose of preparing or furnishing consumer reports.

21

22                              **NON UNIFORM INTERROGATORIES**

23 **INTERROGATORY NO. 1:**  Please identify the names, addresses, and telephone numbers of

24 all persons who supplied information responsive to these interrogatories.

25 **ANSWER:**

26

27

28 ///

MCCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

Savin v. Bank of America N.A. et al.          3                          DISCOVERY

1  **INTERROGATORY NO. 2:**  Please identify the names, addresses, and telephone numbers of

2  all persons who have personal knowledge of any of the facts, events, or matters that are alleged in

3  Plaintiff's complaint, your answer, anticipated answer and/or defenses thereto and describe and

4  explain your understanding of the matters on which the persons named have knowledge.

5  **ANSWER:**

6

7

8  **INTERROGATORY NO. 3:**  Please identify all correspondence or documents that refer or

9  relate to any correspondence or communication between you and any other person relating or

10  referring to the facts, acts, events, or matters alleged in Plaintiff's complaint, or your answer,

11  anticipated answer and/or defenses thereto.

12  **ANSWER:**

13

14

15  **INTERROGATORY NO. 4:**  Please identify each person whom you may call as a witness at

16  trial including name, address, and telephone number, and the substance of the facts and opinions

17  to which the witness may testify.

18  **ANSWER:**

19

20

21  **INTERROGATORY NO. 5:**  Please list, explain and describe documents known to you or

22  believed by you to exist concerning the events described in Plaintiff's complaint or concerning

23  any event which is the subject of any defense you have raised to this lawsuit.

24  **ANSWER:**

25

26

27

28  ///

McCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.McCARTHYLAWYER.COM

Savin v. Bank of America N.A. et al.                     4                              DISCOVERY

1   **INTERROGATORY NO. 6:**  Please identify each employee or non-employee witness or expert

2   witness you believe may have formed any opinion or consulted with you about the facts or basis

3   of this lawsuit or any defense or allegation you have raised in this lawsuit. For each such person

4   identified, please list each and every lawsuit in which that person has testified by affidavit,

5   deposition, trial testimony, or by report furnished to the court or opposing counsel. Please explain

6   and describe the nature of each such statement by the person so identified. Please identify the

7   lawsuit by complete caption, court name, cause number, and date the affidavit, deposition, trial

8   testimony, or report was made, taken or occurred.

9   **ANSWER:**

10

11

12   **INTERROGATORY NO. 7:**  Please identify all individuals known to you or your attorney who

13   are not witnesses, but who you have reason to believe have knowledge pertinent to the events at

14   issue as alleged in the pleadings, and provide a brief summary of the facts to which each such

15   person could testify. For each person, please state the following:

16          a.     Please state whether each such person is affiliated with, or related

17          to, or employed by any party (or its agents, servants, officers, or

18          employees) to this lawsuit;

19          b.     If any of the persons so listed in response to this interrogatory do

20          not fit the characterization in subpart (a) above, please describe the nature

21          of their involvement in this lawsuit;

22          c)     Please explain and describe your understanding of their knowledge

23          of such facts.

24   **ANSWER:**

25

26

27

28   ///

McCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE320
SCOTTSDALE, ARIZONA 85251
602-456-8900
www.McCARTHYLAWYER.COM

Savin v. Bank of America N.A. et al.            5                         DISCOVERY

1    **INTERROGATORY NO. 8:** Please state whether any of the individuals listed in the answers to

2    the preceding interrogatories have given any statement[s] to you and, if so, please identify the

3    individual giving the statement, identify the individual to whom the statement was given, the date

4    of the statement, and whether or not the statement was written or recorded and, if it was written

5    or recorded, identify the individual presently in possession of such writing or recording.

6    **ANSWER:**

7

8

9    **INTERROGATORY NO. 9:**  Please list each exhibit which you may attempt to introduce as

10   evidence at the trial of this case, or which has been used or referred to by any witness, expert or

11   lay, on your behalf.

12   **ANSWER:**

13

14

15   **INTERROGATORY NO. 10:** For each paragraph of Plaintiff's complaint which you deny the

16   allegations, please explain and describe any facts which you believe support each denial.

17   **ANSWER:**

18

19

20   **INTERROGATORY NO. 11:**   Please explain and describe when, how and under what

21   circumstances you archive, retain or capture account data in any file bearing any of Plaintiffs'

22   personal identifiers. List the archived data files and reports wherein any personal information

23   about Plaintiff or attributed to any of Plaintiff's personal identifiers, including the date such data

24   was captured, retained and/or archived, who has possession of those reports, the manner in which

25   the reports are maintained, and the retention policy[ies] regarding those reports. This request

26   includes your normal data file retention processes.

27   ///

28   ///

MCCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

Savin v. Bank of America N.A. et al.                    6                              DISCOVERY

1  **ANSWER**:

2

3

4  **INTERROGATORY NO. 12:**  Please explain and describe when and how you transmit account

5  data stored in any file bearing any of Plaintiff's personal identifiers to any Consumer Reporting

6  Agency ("CRA").

7  **ANSWER**:

8

9

10  **INTERROGATORY NO. 13:**  Please explain and describe any disputes you received from

11  Plaintiff or concerning Plaintiff and explain and describe your actions and disposition of your

12  actions in connection with each contact or communication.

13  **ANSWER**:

14

15

16  **INTERROGATORY NO. 14:**  Please explain and describe each Consumer Dispute Verification

17  or Automated Consumer Dispute Verification ("CDV" or "ACDV" respectively) communication

18  or other dispute communication you issued to any furnisher of credit information which pertained

19  to Plaintiff or any of his/her personal identifiers. For each such CDV, ACDV or other dispute

20  communication, please identify the person reporting such dispute; state the date the dispute was

21  received and the date you issued any response, explain and describe the dispute conveyed, and

22  fully explain and describe your response[s] on each such occasion.

23  **ANSWER**:

24

25

26

27  ///

28  ///

McCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

Savin v. Bank of America N.A. et al.          7                    DISCOVERY

1   **INTERROGATORY NO. 15:**  Please list, explain and describe each and every code contained

2   in each reinvestigation record and file and retained computer record and screen/file you generated

3   and accessed regarding Plaintiff. For each such code, please also explain and describe, in detail,

4   the purpose of such code, the content of such action, the duration of such action, and the reason

5   you permitted such action or entry.

6   **ANSWER**:

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   ///

27   ///

28   ///

McCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

Savin v. Bank of America N.A. et al.          8                    **DISCOVERY**

## PREFATORY INSTRUCTIONS TO REQUEST FOR PRODUCTION

The Justice Court Rules of Civil Procedure allow a party to request from another party up to ten (10) documents or items, or up to ten (10) categories of documents or items. If you do not produce a document or a category of documents or items because you object to a specific request, you must state a reason for your objection. A party may also request to enter on to designated land or other property to inspect it, or to take measurements, photographs, or samples.

A party who produces documents must provide them as they are kept in the usual course of business, or they must organize and label them in response to the requests. Electronic documents or electronic records must be produced in the format that has been requested or in the format that the electronic documents or records are usually kept.

You must provide your original response to requests under this rule to the party who sent them to you, and you must provide a copy to every other party in the lawsuit. Your response to requests made under this rule is due forty (40) days after the requests have been served on you, unless the requests were served with the summons and complaint, in which case your response is due within sixty (60) days after the date of service, or unless otherwise ordered by the court. If you do not comply with the requests that have been made in this notice, the party who served them may file a motion asking that the court order you to comply. If the court enters that order, the court may also require you to pay expenses, including reasonable attorneys' fees, incurred by the other party in obtaining the order. If you fail to comply with the order, the other party may ask the court to impose additional penalties against you, including: that you may not introduce evidence of some or all or your claims or defenses in this lawsuit; if you are a Plaintiff, that your lawsuit be dismissed; or if you are a defendant, that judgment be entered against you by default.

Each of the above-named parties is to produce for inspection and copying all documents in their possession or control or otherwise available to it/them that is/are responsive to the requests contained in the numbered paragraphs below. Each of the above-named parties shall specify which documents are produced in response to each of the numbered paragraphs.

If any document herein requested was formerly in the possession, custody, or control of each of the above-named parties and has been lost or destroyed, each of the above-named parties is requested to submit in lieu of each document a written statement which:

1. Describes in detail the nature of the document and its contents; AND

2. Identifies the person who prepared or authored the document and, if applicable, the person(s) to whom the document was sent; AND

3. Specifies the date on which the document was prepared or transmitted or both; AND

4. Specifies, if possible the date on which the document was lost or destroyed, and, if destroyed, the conditions or the reasons for such destruction and the persons requesting and performing the destruction.

If any document otherwise required to be produced by this request is withheld on the grounds of privilege or otherwise, you shall identify the document by document control number if available, or other sufficient information to identify the document and the reasons for the non-disclosure.

MCCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

Savin v. Bank of America N.A. et al.                    9                                        DISCOVERY

This request for production of documents is continuing and any document obtained or located subsequent to production, which would have been produced, had it been available or its existence known at the time is to be supplied forthwith.

## DEFINITIONS

When the terms "you," "Plaintiff" or "Defendant" are used, they are meant to include every individual party and include your agents, employees, your attorneys, your accountants, your investigators, anyone else acting on your behalf. Separate answers should be given for each person named as the party, if requested.

When the term "document" is used, it is meant to include every "writing", "recording" and "photograph" as those terms are defined in Rule 1001, Ariz.R.Evid. For each "document" responsive to any request withheld from production by you on the ground of any privilege, please state:

    (a)    the nature of the document (e.g., letter, memorandum, contract, etc.);

    (b)    the author or sender of the document;

    (c)    the recipient of the document;

    (d)    the date the document was authored, sent, and/or received; and

    (e)    the reason such document is allegedly privileged.

Where the term "contract" is used, it is meant to mean or to include the contract between the parties to this action that is the subject of the pleadings.

Where the terms "claim" or "claims" are used, they are meant to mean or to include a demand, cause of action or assertion for something due or believed to be due.

Where the terms "defense" or "defenses" are used, they are meant to mean or to include any justification, excuse, denial or affirmative defense in response to the opposing party's claim.

Where the term "negotiation(s)" is used, it is meant to mean or to include conversations, discussions, meetings, conferences and other written or verbal exchanges that relate to the contract.

Where the term "Audit Trail" is used, it is meant to mean or include a complete, detailed listing of each and every alteration, deletion, inquiry into, modification or other change to the credit report or profile as maintained in recorded form, in the broadest sense, by "you". The listing should include the identity, address, employer and title of the person(s) taking the action, the identity, address, employer and title of the person(s) authorizing the action, a detailed explanation of the action taken, the date of the action, the means used to effect such action, the location of origin of the action and the reason the action was taken.

Where the term "data" is used, it is meant to mean or include the physical symbols in the broadest sense that represent information, regardless of whether the information is oral, written or otherwise recorded.

MCCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

"Identify" means that you should state:

(a) any and all names, legal, trade or assumed; AND

(b) all addresses used; AND

(c) all telephone and tele-fax numbers used.

"Person(s)" means any human being, sole proprietorship, limited partnership, partnership, association, group of human beings, other legal or de facto entity, or corporation, of whatever kind.

"Personal Identifiers" means a person's name or social security number or other unique data which identifies or is associated with a particular "person."

The term "consumer reporting agency" means any person which, for monetary fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses any means or facility of interstate commerce for the purpose of preparing or furnishing consumer reports.

## REQUESTS FOR PRODUCTION

**REQUEST NO. 1:** Please produce a copy of all documents or computerized records, kept in any form or manner, known to you or believed by you to exist concerning any of the events described in Plaintiff's Complaint or concerning any of the events which are the subject[s] of any allegations, defense[s] or contentions you have raised to this lawsuit or in connection with this lawsuit.

**ANSWER:**

**REQUEST NO. 2:** Please produce a complete and legible copy, transcription and summary of any statement[s], in any recorded format, provided to you or your attorneys in connection with any of the facts, asserted by any person, in this lawsuit and, if the witness produce any tangible item, please produce that item for inspection and copying at the time of your responses or produce a copy of that item with your responses.

///

///

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

Savin v. Bank of America N.A. et al.          11          DISCOVERY

1    **ANSWER:**

2

3

4    **REQUEST NO. 3:**

5    Please produce a complete and legible copy of each exhibit which you may attempt to introduce

6    as evidence at the trial of this case.

7    **ANSWER:**

8

9

10   **REQUEST NO. 4:**  For each paragraph of Plaintiff's petition for which you deny the allegations,

11   please provide a copy of any evidence or proof which you believe may support each denial.

12   **ANSWER:**

13

14

15   **REQUEST NO. 5:**  Please produce a complete and legible copy of any communications you

16   received from Plaintiff and which you sent to Plaintiff.

17   **ANSWER:**

18

19

20

21

22

23

24

25

26   ///

27   ///

28   ///

McCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

Savin v. Bank of America N.A. et al.          12                        DISCOVERY

## PREFATORY INSTRUCTIONS TO REQUEST FOR ADMISSION

The Justice Court Rules of Civil Procedure allow a party to send up to twenty-five (25) requests for admissions to another party. Each request must contain only one fact or one contention to admit or deny. A request may inquire about whether a document is genuine or accurate. You must admit or deny each of these requests, unless you object to a request, in which case you must state a reason for your objection. You may not object on the basis that you do not have knowledge or information concerning the request unless you have first made a reasonable inquiry to obtain knowledge or information.

You must provide your original response to requests under this rule to the party who sent them to you, and you must provide a copy to every other party in the lawsuit. Responses to requests for admissions are due forty (40) days from the date they are served, unless the requests were served with the summons and complaint, in which case your response is due within sixty (60) days after the date of service, or as ordered by the court.

If you do not respond to these requests for admissions by the date provided in this notice, your failure to respond may be considered as an admission of the requests.

## DEFINITIONS

When the terms "you," "Plaintiff" or "Defendant" are used, they are meant to include every individual party and include your agents, employees, your attorneys, your accountants, your investigators, anyone else acting on your behalf. Separate answers should be given for each person named as the party, if requested.

When the term "document" is used, it is meant to include every "writing", "recording" and "photograph" as those terms are defined in Rule 1001, Ariz.R.Evid. For each "document" responsive to any request withheld from production by you on the ground of any privilege, please state:

    (a)    the nature of the document (e.g., letter, memorandum, contract, etc.);

    (b)    the author or sender of the document;

    (c)    the recipient of the document;

    (d)    the date the document was authored, sent, and/or received; and

    (e)    the reason such document is allegedly privileged.

Where the term "contract" is used, it is meant to mean or to include the contract between the parties to this action that is the subject of the pleadings.

Where the terms "claim" or "claims" are used, they are meant to mean or to include a demand, cause of action or assertion for something due or believed to be due.

Where the terms "defense" or "defenses" are used, they are meant to mean or to include any justification, excuse, denial or affirmative defense in response to the opposing party's claim.

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

Savin v. Bank of America N.A. et al.        13        DISCOVERY

Where the term "negotiation(s)" is used, it is meant to mean or to include conversations, discussions, meetings, conferences and other written or verbal exchanges that relate to the contract.

Where the term "Audit Trail" is used, it is meant to mean or include a complete, detailed listing of each and every alteration, deletion, inquiry into, modification or other change to the credit report or profile as maintained in recorded form, in the broadest sense, by "you". The listing should include the identity, address, employer and title of the person(s) taking the action, the identity, address, employer and title of the person(s) authorizing the action, a detailed explanation of the action taken, the date of the action, the means used to effect such action, the location of origin of the action and the reason the action was taken.

Where the term "data" is used, it is meant to mean or include the physical symbols in the broadest sense that represent information, regardless of whether the information is oral, written or otherwise recorded.

"Identify" means that you should state:

(a) any and all names, legal, trade or assumed; AND

(b) all addresses used; AND

(c) all telephone and tele-fax numbers used.

"Person(s)" means any human being, sole proprietorship, limited partnership, partnership, association, group of human beings, other legal or de facto entity, or corporation, of whatever kind.

"Personal Identifiers" means a person's name or social security number or other unique data which identifies or is associated with a particular "person."

The term "Consumer Reporting Agency" means any person which, for monetary fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses any means or facility of interstate commerce for the purpose of preparing or furnishing consumer reports.

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**   Admit that you, Defendant, reported to one or more Consumer Reporting Agency ("CRA") account information bearing the personal identifier[s] of Plaintiff.

☐ADMIT  ☐DENY

**REQUEST FOR ADMISSION NO. 2:**   Admit that you, Defendant, failed to report to one or more CRA(s) that Plaintiff's account ending in 87613 was settled for less than the full amount.

☐ADMIT  ☐DENY

McCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.McCARTHYLAWYER.COM

1   **REQUEST FOR ADMISSION NO. 3:**  Admit that you, Defendant, failed to conduct an

2   investigation in response a dispute received through one or more CRA(s) on Plaintiff's account

3   ending in 87613.

4         ☐ADMIT  ☐DENY

5

6   **REQUEST FOR ADMISSION NO. 4:**  Admit that you, Defendant, failed to report to one or

7   more CRA(s) that Plaintiff's account ending in 81613 has a zero balance.

8         ☐ADMIT  ☐DENY

9

10  **REQUEST FOR ADMISSION NO. 5:**  Admit that you, Defendant, failed to accurately report

11  data to one or more CRA(s) regarding Plaintiff's account ending in 87613.

12         ☐ADMIT  ☐DENY

13

14     Respectfully submitted this 24th day of March, 2016.

15

16                        MCCARTHY LAW, PLC

17

18                   By:

19                      Kevin Fallon McCarthy, Esq.
                         Joon N. Kee, Esq.

20                      Attorney for Plaintiff(s)

21

22

23

24

25

26

27

28

McCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

# **<u>EXHIBIT B</u>**

1 | BRYAN CAVE LLP (No. 00145700)
2 | Robert W. Shely (No. 014261)
   | Gregory B. Iannelli (No. 026549)
3 | Daniel P. Crane (No. 030623)
   | Two North Central Avenue, Suite 2200
4 | Phoenix, Arizona 85004-4406
5 | Telephone:  (602) 364-7000
   | Email:      rwshely@bryancave.com
6 |              gregory.iannelli@bryancave.com
   |              dan.crane@bryancave.com
7 |
8 | Attorneys for Defendant Bank of America, N.A.

9

10 | **McDOWELL MOUNTAIN JUSTICE COURT**
    | **MARICOPA COUNTY, STATE OF ARIZONA**
11 | **18380 North 40th Street, Phoenix, Arizona 85032**

12 | BRENT SAVIN,                    No. CV2016-055851
13 |
   |          Plaintiff,            **NOTICE OF REMOVAL TO**
14 |                                **FEDERAL COURT**
   |     vs.
15 |
16 | BANK OF AMERICA, N.A., EQUIFAX
   | INFORMATION SERVICES LLC,
17 | EXPERIAN INFORMATION SOLUTIONS,
   | INC., AND TRANS UNION, LLC
18 |
19 |          Defendants.

20 |          TO PLAINTIFF BRENT SAVIN:
21 |
22 |          PLEASE TAKE NOTICE that Defendant Bank of America, N.A. filed a Notice of
23 | Removal in this action in the United States District Court for the District of Arizona on
24 | April 29, 2016.  A copy of the Notice of Removal (without exhibits) is attached to this
25 | Notice as Exhibit A and is served contemporaneously herewith.
26 | ///
27 | ///
28 |

1

2      DATED this 29th day of April, 2016.

3
                                    BRYAN CAVE LLP
4

5                                   By: _Daniel P. Crane_

6                                       Robert W. Shely
                                        Gregory B. Iannelli
7                                       Daniel P. Crane
                                        Two North Central Avenue, Suite 2200
8                                       Phoenix, Arizona 85004-4406
9                                       Attorneys for Defendants Bank of America,
                                        NA
10

11

12   The foregoing filed this 29th day of
     April, 2016, with the Clerk of the above-referenced
13   Court, with a **COPY** of same to:

14   Kevin Fallon McCarthy
     Joon Kee
15   McCarthy Law, PLC
     4250 N. Drinkwater Blvd., Suite 320
16   Scottsdale, AZ 85251

17

18   _____
19

20

21

22

23

24

25

26

27

28

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000