**MCCARTHY LAW PLC**
CANDID CONVERSATION. WISE COUNSEL.

**Kevin Fallon McCarthy, 011017**
**Joon N. Kee, 028152**
**4250 North Drinkwater Blvd, Suite 320**
**Scottsdale, AZ  85251**
**602-456-8900**
**joon.kee@mccarthylawyer.com**
**Attorneys for Plaintiffs**

# McDOWELL MOUNTAIN JUSTICE COURT
## MARICOPA COUNTY, STATE OF ARIZONA
18380 NORTH 40TH STREET, PHOENIX, ARIZONA 85032

| | |
|---|---|
| BRENT SAVIN,<br><br>        Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION, LLC,<br><br>        Defendants. | Case No.: 2:16-cv-01284-SPL<br><br>**NOTICE OF SETTLEMENT** |

    Plaintiff Brent Savin ("Plaintiff"), by and through his undersigned counsel, hereby notifies the Court that the Plaintiff has reached a settlement in the above-referenced matter with Defendant Trans Union LLC ("Trans Union"), which will include the dismissal with prejudice of all claims against Trans Union. Plaintiff and Trans Union are in the process of finalizing the settlement, whereupon the Plaintiff will file a motion for dismissal with prejudice as to Trans Union. Plaintiff anticipates that the settlement and dismissal of claims against Trans Union will be finalized within the next sixty (60) days.

    Respectfully submitted this 2nd day of May, 2016.

                                MCCARTHY LAW PLC
                                 *By:/s/ Joon N. Kee*
                                Kevin Fallon McCarthy
                                Joon N. Kee
                                4250 N. Drinkwater Boulevard, Suite 320
                                Scottsdale, AZ 85251
                                Attorneys for Plaintiff

McCarthy Law, PLC
4250 N. Drinkwater Blvd
 Suite 320
Scottsdale, AZ  85251
602-456-8900
www.McCarthyLawyer.com

Savin vs. BOA et al - TU                    1                    Notice of Settlement

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of March, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Joon N. Kee*

McCarthy Law, PLC
4250 N. Drinkwater Blvd
 Suite 320
Scottsdale, AZ  85251
602-456-8900
www.McCarthyLawyer.com

Savin vs. BOA et al - TU                            2                            Notice of Settlement