MCCARTHY LAW PLC
CANDID CONVERSATION. WISE COUNSEL.

**Kevin Fallon McCarthy, 011017**
**Joon N. Kee, 028152**
**4250 North Drinkwater Blvd, Suite 320**
**Scottsdale, AZ  85251**
**602-456-8900**
**joon.kee@mccarthylawyer.com**
**Attorneys for Plaintiff**

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| BRENT SAVIN,<br><br>      Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION, LLC,<br><br>Defendants. | Case No.: 2:16-cv-01284-SPL<br><br>**MOTION TO DISMISS EQUIFAX INFORMATION SERVICES LLC WITH PREJUDICE** |

Plaintiff Brent Savin ("Plaintiff"), pursuant to FRCP 41(a)(2), respectfully moves this court for an order dismissing Equifax Information Services LLC ("Equifax") only, with prejudice, as the Plaintiff has finalized a settlement with Equifax. The parties are to bear their own attorneys' fees and costs. A proposed form of order is attached.

Respectfully submitted this 10th day of May 2016.

MCCARTHY LAW PLC
*By:/s/ Joon N. Kee*
Kevin Fallon McCarthy
Joon N. Kee
4250 N. Drinkwater Blvd., Suite 320
Scottsdale, AZ 85251
Attorneys for Plaintiff

McCarthy Law, PLC
4250 N. Drinkwater Blvd
 Suite 320
Scottsdale, AZ  85251
602-456-8900
www.McCarthyLawyer.com

1

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that on this 10th day of May, 2016, I electronically transmitted the

3  foregoing document to the Clerk's Office using the ECF system for filing and transmittal

4  of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

5                                                          */s/ Joon N. Kee*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCarthy Law, PLC
4250 N. Drinkwater Blvd
 Suite 320
Scottsdale, AZ  85251
602-456-8900
www.McCarthyLawyer.com