1
2
3
4
5
6
7
8
9
10
11
12
13
14

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Brent Savin,                                    )        No.  CV-16-01284-PHX-SPL
                                                )
                          Plaintiff,            )        **ORDER**
vs.                                             )
                                                )
Bank of America, N.A., et al.,                  )
                                                )
                          Defendants.           )
                                                )
                                                )

15
16      Having considered Plaintiff's request for dismissal pursuant to the parties'
settlement,

17      **IT IS ORDERED:**

18      1.  That the Motion to Dismiss (Doc. 13) is **granted**;

19      2.  That *Defendant Equifax Information Services, LLC* is **dismissed with**
20      **prejudice**;

21      3.  That each party shall bear its own costs and attorneys' fees; and

22      4.  That the Clerk of Court shall **terminate** Defendant Equifax Information
23      Services, LLC as a party in this action.

24      Dated this 11th day of May, 2016.

25
26      Honorable Steven P. Logan
27      United States District Judge

28