IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brent Savin,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Bank of America, N.A., et al.,<br><br>　　　　　　Defendants. | No. CV-16-01284-PHX-SPL<br><br>**ORDER** |

Having considered Plaintiff's request for dismissal pursuant to the parties' settlement,

**IT IS ORDERED:**

1. That the Motion to Dismiss (Doc. 17) is **granted**;

2. That *Defendant Trans Union, LLC* is **dismissed with prejudice**;

3. That each party shall bear its own costs and attorneys' fees; and

4. That the Clerk of Court shall **terminate** Defendant Trans Union, LLC as a party in this action.

Dated this 31st day of May, 2016.

Honorable Steven P. Logan
United States District Judge