**MCCARTHY LAW PLC**
CANDID CONVERSATION. WISE COUNSEL.

**Kevin Fallon McCarthy, 011017**
**Joon N. Kee, 028152**
**4250 North Drinkwater Blvd, Suite 320**
**Scottsdale, AZ  85251**
**602-456-8900**
**joon.kee@mccarthylawyer.com**
**Attorneys for Plaintiff**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| BRENT SAVIN,<br><br>          Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION, LLC,<br><br>          Defendants. | Case No.: 2:16-cv-01284-SPL<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Brent Savin ("Plaintiff") and Bank of America, N.A. ("BANA") (hereinafter BANA together with Plaintiff collectively referred to as the "Parties"), by and through their undersigned counsel, hereby notify the Court that the Parties have reached a settlement in the above-referenced matter which will include the dismissal with prejudice of all claims against BANA. The Parties are in the process of finalizing the settlement, whereupon the Parties will file a motion for dismissal with prejudice. The Parties anticipate that the settlement and dismissal of claims against BANA will be finalized within the next sixty (60) days.

Respectfully submitted this 20th day of June, 2016.

BRYAN CAVE LLP
By: */s/ Daniel P. Crane (with Permission)*
Daniel P. Crane
Two North Central Avenue
Suite 2200
Phoenix, Arizona 85004
Attorneys for Bank of America, NA

MCCARTHY LAW PLC
*By:/s/ Joon N. Kee*
Kevin Fallon McCarthy
Joon N. Kee
4250 N. Drinkwater Boulevard, Suite 320
Scottsdale, AZ 85251
Attorneys for Plaintiff

McCarthy Law, PLC
4250 N. Drinkwater Blvd
 Suite 320
Scottsdale, AZ  85251
602-456-8900
www.McCarthyLawyer.com

Savin vs. BOA et al - BANA                              1                              Notice of Settlement

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of June, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Joon N. Kee*

McCarthy Law, PLC
4250 N. Drinkwater Blvd
 Suite 320
Scottsdale, AZ  85251
602-456-8900
www.McCarthyLawyer.com

Savin vs. BOA et al - BANA        2        Notice of Settlement