# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brent Savin, | No. CV-16-01284-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| Bank of America, N.A., et al., | |
| Defendants. | |

The Court having considered Plaintiff's request for dismissal pursuant to the parties' settlement,

**IT IS ORDERED:**

1. That the Motion to Dismiss (Doc. 32) is **granted**;

2. That *Defendant Bank of America, N.A.* is **dismissed with prejudice**;

3. That each party shall bear its own costs and attorneys' fees; and

4. That the Clerk of Court shall **terminate** Defendant Bank of America, N.A. as a party in this action.

Dated this 11th day of August, 2016.

Honorable Steven P. Logan
United States District Judge