**MCCARTHY** LAW PLC
CANDID CONVERSATION. WISE COUNSEL.

Kevin Fallon McCarthy, 011017
Joon N. Kee, 028152
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
602-456-8900
joon.kee@mccarthylawyer.com
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| BRENT SAVIN, | Case No.: 2:16-cv-01284-SPL |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| BANK OF AMERICA, N.A., EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION, LLC, | |
| Defendants. | |

Plaintiff Brent Savin ("Plaintiff") and Experian Information Solutions, Inc. ("Experian") (hereinafter Experian together with Plaintiff collectively referred to as the "Parties"), by and through his undersigned counsel, hereby notify the Court that the Parties have reached a settlement in the above-referenced matter which will include the dismissal with prejudice of all claims against Experian. The Parties are in the process of finalizing the settlement, whereupon the Parties will file a stipulation for dismissal with prejudice. The Parties anticipate that the settlement and dismissal of claims against Experian will be finalized within the next thirty (30) days. Respectfully submitted this 29th day of August, 2016.

JONES DAY
By: /s/ Alexandra Fries
Alexandra Fries
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Attorney for Defendant Experian
Information Solutions, Inc.

MCCARTHY LAW PLC
By:/s/ Joon N. Kee
Kevin Fallon McCarthy
Joon N. Kee
4250 N. Drinkwater Boulevard, Suite 320
Scottsdale, AZ 85251
Attorneys for Plaintiff

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, AZ  85251
602-456-8900
www.McCarthyLawyer.com

Savin vs. BOA et al - Exp                    1                    Notice of Settlement

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of August, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Joon N. Kee*

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, AZ  85251
602-456-8900
www.McCarthyLawyer.com

Savin vs. BOA et al - Exp                    2                    Notice of Settlement