IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brent Savin,<br><br>                    Plaintiff,<br><br>vs.<br><br>Bank of America, N.A., et al.,<br><br>                    Defendants. | No. CV-16-01284-PHX-SPL<br><br>**ORDER** |

No stipulation to dismiss having been filed, in accordance with the Court's August 30, 2016 Order (Doc. 37),

**IT IS ORDERED** that Defendant Experian Information Solutions, Inc. is **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that, because Defendant Experian Information Solutions, Inc., was the last remaining defendant in this case, the Clerk of Court shall **terminate** this action.

Dated this 30th day of September, 2016.

Honorable Steven P. Logan
United States District Judge